CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 28 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| TEXTRON FINANCIAL CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> AMERICAN LEGEND CUSTOM CYCLES, LLC, ET AL., <br><br> *Defendants.* | CIVIL NO. 6:08cv00041 <br><br><br> <u>ORDER</u> <br><br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, Plaintiff's motion for default judgment [docket no. 13] is hereby GRANTED as to the issue of liability on Counts I, III and IV of the verified Complaint. Upon disposition of the collateral seized in this case, Plaintiff is directed to file a motion for entry of final default judgment.

It is so ORDERED.

The Clerk of the Court is hereby directed to enter the Defendants' default and to send a certified copy of this Order to all counsel of record and to the Defendants.

ENTERED: This 28th Day of January, 2009.

                                                      /s/ Norman K. Moon
                                                      NORMAN K. MOON
                                                      UNITED STATES DISTRICT JUDGE